UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                              17-CR-183

JENHSEN RODRIGUEZ,

          Defendant.

---

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I filed, with the Clerk of the Court, the foregoing, **GOVERNMENT'S RESPONSE IN OPPOSITION**. Additionally, I further certify that on October 20, 2025, I mailed the foregoing, by the U.S. Postal Service to the following individual:

    Jenhsen Rodriguez, 27773-055
    FCI Schuylkill
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 759
    MINERSVILLE, PA   17954

                                              s/ELIZABETH HARF
                                              Legal Administrative Specialist